**Order entered November 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00446-CV

### JONI DODD, Appellant

### V.

### MONA WOOTEN, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02912**

## ORDER

Before the Court is appellant's November 22, 2019 motion to abate proceedings. We

**DENY** the motion. This case is at issue and will be submitted in due course.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE